Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
WILLIAM L. MAROTZ

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM L. MAROTZ,<br><br>    Defendant. | Case No.: CR 13-780 JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND SET BRIEFING SCHEDULE |

    Defendant William Marotz, by and through his attorney, Adam Pennella, and the United States, by and through its attorney, Marc Wolf, stipulate and agree that the hearing on defendant's appeal, which is currently set for July 7, 2014, be continued to July 28, 2014 at 2:00 p.m. The parties further stipulate to a briefing schedule as follows: the defendant's opening brief shall be due on June 23, 2014, the government's response shall be due on July 8, 2014 and any reply brief by the defendant shall be due on July 15, 2014.

    The parties further request and stipulate that the record not be deemed complete at this time and shall include the transcript of the court trial in this matter that occurred on April 4, 2014. A request for an order to produce this transcript was made by undersigned defense counsel pursuant to the CJA transcript request process on May 12, 2014 and will take 30 days to

/ / /

/ / /

prepare. The parties therefore request and stipulate that the record be deemed complete upon the filing of the transcript of the court trial.

SO STIPULATED:

Dated: May 13, 2014                              _____/s/_____
                                                 Adam Pennella
                                                 Counsel for William Marotz


Dated: May 13, 2014                              MELINDA HAAG
                                                 UNITED STATES ATTORNEY


                                                 _____/s/_____
                                                 Marc Wolf
                                                 Assistant United States Attorney


IT IS SO ORDERED.

Dated:  May 14, 2014                             _____
                                                 Honorable Jon S. Tigar
                                                 United States District Court Judge